```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

SARA SHEIKOMAR,                )
                               )
          Plaintiff,           )        8:06CV43
                               )
     v.                        )
                               )
GARY WISE,                     )        ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the joint motion to extend time for filing planning conference report (Filing No. 11). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until June 23, 2006, to finalize a settlement or submit their Initial Planning Conference Report.

DATED this 8th day of May, 2006.

         BY THE COURT:

         /s/ Lyle E. Strom
         _____
          LYLE E. STROM, Senior Judge
          United States District Court