IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SARA SHEIKOMAR,              )
                             )
        Plaintiff,           )        8:06CV43
                             )
   v.                        )
                             )
GARY WISE,                   )        ORDER
                             )
        Defendant.           )
_____)
```

This matter is before the Court after the planning conference with the parties. It was determined the action should be stayed pending resolution of insurance coverage issues. Accordingly,

IT IS ORDERED that this action is stayed. The parties shall file a status report on or before September 8, 2006, advising the Court whether a further planning conference should be scheduled.

DATED this 7th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court