```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

SARA SHEIKOMAR,                )
                               )
          Plaintiff,           )         8:06CV43
                               )
     v.                        )
                               )
GARY WISE,                     )         ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 19). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

DATED this 13th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
 LYLE E. STROM, Senior Judge
 United States District Court